

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> v. <br><br> Joyce Rayjeenee JOHNSON, | Magistrate Case No. 25mj2254 <br><br> COMPLAINT FOR VIOLATION OF: <br><br> Title 18, U. S. C., Section 111(a)(1) <br> Assault on a Federal Officer <br> (Felony) |

The undersigned complainant, being duly sworn, states:

On or about April 30, 2025, within the Southern District of California, defendant Joyce Rayjeenee JOHNSON, did forcibly assault a person named in Title 18, United States Code, Section 1114, to wit, Department of Homeland Security, United States Border Patrol Agent J. Wemhoener, while Agent J. Wemhoener was engaged in and on account of the performance of his official duties, such acts involving physical contact with Agent J. Wemhoener by pushing Agent J. Wemhoener and throwing a closed fist punch at him that he blocked with his left arm; in violation of Title 18, United States Code, Section 111(a)(1), a felony.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James T. Burns
Senior Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON MAY 1, 2025.

HON ALLISON H. GODDARD
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
Joyce Rayjeenee JOHNSON

## PROBABLE CAUSE STATEMENT

On April 30, 2025, Border Patrol Agent J. Wemhoener was assigned to the Brown Field Border Patrol Station's Abatement Team (SAT). At approximately 2:33 PM, Agent Wemhoener responded to the Brown Field Station's State Route 94 Border Patrol Checkpoint to assist with interviewing an individual who was suspected of alien smuggling.

Agent Wemhoener arrived in the area and approached the vehicle. Agent Wemhoener identified himself as a Border Patrol Agent to the driver who was later identified as Joyce Rayjeenee JOHNSON. Agent Wemhoener asked JOHNSON to exit the vehicle and sit in a bench so he could conduct his investigation. Agent Wemhoener began to question JOHNSON in regards to her reason to be in the area. Agent Wemhoener noticed JOHNSON starting to become agitated and she began to insult Agent Wemhoener and other Agents in the area. Agent Wemhoener then escorted JOHNSON inside the checkpoint to try to calm her down and continue to conduct his investigation. JOHNSON continued to verbally assault Agent Wemhoener so he tried to let her know he would be putting her in a cell for couple of minutes to give her time to calm down. JOHNSON then suddenly grabbed her cell phone and passport and began to walk towards the cell. Agent Wemhoener instructed her to leave the cell phone and tried to grab it from JOHNSON. JOHNSON began to resist and then Agent Wemhoener heard another Agent give JOHNSON commands and tell her she would be tased if she didn't comply. JOHNSON continued to resist and as Agent Wemhoener placed her in the detention cell she immediately turned towards him and pushed him off with her left arm and then threw a closed fist punch at him. Agent Wemhoener was able to block the strike and then heard another Agent shout taser three times and saw JOHNSON immediately fall to the ground.

At approximately 3:16 PM, Agent Wemhoener read JOHNSON her Miranda Rights and placed her under arrest for assault on a federal agent. JOHNSON requested to have an attorney.