FILED
May 14 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    s/ YC    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

November 2023 Grand Jury

| UNITED STATES OF AMERICA, | Case No. '25 CR1743 JLS |
|---|---|
| Plaintiff, | INDICTMENT |
| v. | Title 18, U.S.C., Sec. 111(a)(1) - Assault on a Federal Officer (Felony) |
| JOYCE RAYJEENEE JOHNSON, | |
| Defendant. | |

The grand jury charges:

On or about April 30, 2025, within the Southern District of California, defendant JOYCE RAYJEENEE JOHNSON did forcibly assault a person designated in Title 18, United States Code, Section 1114, to wit, Department of Homeland Security, United States Border Patrol Agent J. Wemhoener, while Agent J. Wemhoener was engaged in and on account of the performance of official duties, such acts involving physical contact with Agent J. Wemhoener; in violation of Title 18, United States Code, Section 111(a)(1), a felony.

DATED: May 14, 2025.

ADAM GORDON
United States Attorney

By:
 for ALLISON B. ROGGE
     Assistant U.S. Attorney

ABRO:cms:San Diego:5/14/25