ADAM GORDON
United States Attorney
ALICIA P. WILLIAMS
Assistant United States Attorney
California State Bar No. 262823
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-8917

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 25CR1743-JLS |
|---|---|
| Plaintiff, | |
| v. | **UNITED STATES' UNOPPOSED MOTION TO DISMISS THE INDICTMENT WITHOUT PREJUDICE** |
| JOYCE RAYJEENEE JOHNSON, | |
| Defendant. | |

Under Federal Rule of Criminal Procedure 48, the United States seeks leave and moves this Court for an order dismissing the Indictment (ECF No. 16) without prejudice. Upon further review of this case, the United States has determined that it is unable to prosecute this case consistent with its legal obligations. Accordingly, the United States seeks leave from the Court to discontinue the prosecution of this matter and to dismiss the indictment without prejudice.

//

The United States has notified defense counsel of the intent to file this motion and defense counsel does not oppose.

This motion is made in the interests of justice.

DATED: August 28, 2025                    Respectfully submitted,

                                          ADAM GORDON
                                          United States Attorney


                                          */s/ Alicia P. Williams*
                                          Alicia P. Williams
                                          Assistant U.S. Attorney
                                          United States of America