# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 25CR1743-JLS |
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT TO DISMISS INDICTMENT WITHOUT PREJUDICE** |
| JOYCE RAYJEENEE JOHNSON, | |
| Defendant | |

Upon motion of the UNITED STATES OF AMERICA, and good cause appearing,

IT IS ORDERED that the Indictment in Criminal Case No. 25CR1743-JLS against defendant JOYCE RAYJEENEE JOHNSON be, and hereby is, dismissed without prejudice.

IT IS SO ORDERED.

Dated: August 28, 2025

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge